HENRIETTA EBERHARDT, Appellant, *v.* CHARLES M. SIEGEL et al., Respondents, Impleaded with Others.

Submitted May 27, 1940; decided June 4, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 583.)

SOPHIE TRUST et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Submitted May 27, 1940; decided June 4, 1940.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* of counsel), for motion.

*Abraham L. Rubenstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.